THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HAROLD SMITH & SON, INC., a California corporation, <br><br> Defendant. | NO. C17-0742JLR <br><br> JUDGMENT |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Harold Smith & Son, Inc. |

<u>Amounts Payable to Plaintiff Fund</u>

| | |
|---|---|
| Unpaid Contributions | $12,336.00 |
| Liquidated Damages | $9,112.50 |
| Interest through June 21, 2017 | $309.84 |
| Interest thereafter (on unpaid contributions only) | 4% per annum |
| Attorney's Fees: | $868.00 |
| Costs: | $495.00 |
| Other Recovery Amounts: | NONE |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid, the Declaration of James E. Helmers, and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 315, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period of February 2017 through April 2017; for contributions of $12,336.00, for liquidated damages of $9,112.50, for pre-judgment interest of $309.84, for attorneys' fees of $868.00, and for costs of $495.00, all for a total of $23,121.34.

JUDGMENT ENTERED this 29th day of June, 2017.

_____
JAMES L. ROBART
United States District Judge

Presented for Entry by:

/s/ Russell J. Reid
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff